THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. GERALD ROBERT RONAN, Defendant-Appellant.

(No. 72-360;

Second District—January 6, 1975.

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

Ralph Ruebner and Adam Lutynski, both of State Appellate Defender's Office, of Elgin, for appellant.

Gerry L. Dondanville, State's Attorney of Geneva (Clarence Wittenstrom, Assistant State's Attorney, of counsel), for the People.